# UNITED STATES DISTRICT COURT
for the
Eastern District of California



FILED

DEC 02 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

| | |
|---|---|
| United States of America<br>v.<br>SAMUEL DELACRUZ<br>_____<br>*Defendant* | ) ) ) ) ) Case No. 1:18-CR-00070 LJO |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 11/22/19

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

ROBERT LAMANUZZI
*Printed name of defendant's attorney*

_____
*Judge's signature*

LAWRENCE O'NEILL, U.S. District Court Judge
*Judge's printed name and title*