ROBERT LAMANUZZI, SBN 213673
Attorney at Law
1330 L Street Suite D
Fresno, CA 93721
(559) 441-1979

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SAMUEL DELACRUZ,<br><br>Defendant. | Case No. 1:18-cr-00070 NONE-SKO<br><br>STIPULATION AND ORDER TO CONTINUE SENTENCING |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, ROBERT LAMANUZZI, attorney for Defendant SAMUEL DELACRUZ and JESSICA MASSEY, Assistant U.S. Attorney for Plaintiff, that the hearing currently scheduled for February 28, 2020, at 8:30 a.m. shall be continued until MARCH 27, 2020, at 8:30 a.m.

1. This continuance is necessary due to defense counsel needing more time to review and respond to Probation's pre-sentence report.
2. There is no objection by the U.S. Attorney.

The parties stipulate that the time until the next hearing should be excluded from the calculation of time under the Speedy Trial Act. The parties stipulate that the ends of justice are served by the court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. §3161(h)(7)(B)(iv). The parties stipulate and agree that the interests of justice are served by granting this continuance outweigh the best interests of the public and the defendant in a

1

speedy trial.  18 U.S.C. §3161(h)(7)(A).

Dated: February 18, 2020                     Respectfully submitted,


                                             /s/ Robert Lamanuzzi
                                             ROBERT LAMANUZZI
                                             Attorney for Defendant, SAMUEL DELACRUZ


Dated: February 18, 2020                     Respectfully submitted,


                                             /s/ JESSICA MASSEY
                                             JESSICA MASSEY
                                             Assistant U.S. Attorney


## **ORDER**

The sentencing hearing as to the above named defendant currently scheduled for February 28, 2020, vat 8:30 a.m., is continued until MARCH 27, 2020, at 8:30 a.m. in Courtroom No. 4.

IT IS SO ORDERED.

Dated:   **February 19, 2020**                  _____
                                                UNITED STATES DISTRICT JUDGE