# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 1:18-cr-00070 JLT SKO |
|---|---|
| Plaintiff, | ORDER DENYING DEFENDANT'S MOTION FOR SENTENCE REDUCTION |
| v. | (Doc. 53) |
| SAMUEL DELACRUZ, | |
| Defendant. | |

Mr. Delalruz seeks a reduction in his sentence, seemingly, due to his age at the time he committed the offense. He does not mention specifically mention the Amendments to the United States Sentencing Guidelines, except as to his age. Because, Mr. Delacruz fails to demonstrate he is entitled to a sentence adjustment, the motion is **DENIED**.

**I. Analysis**

Mr. Delacruz plead guilty to one count of Felon in Possession of a Firearm, in violation of 18 U.S.C. § 922. (Doc. 42) According to the Sentencing Table in USSG Chapter 5, Part A, at the sentencing hearing, the Court determined Mr. Delacruz's criminal history placed him in a criminal history category V. (Doc. 42 at 11) This was due to numerous prior criminal convictions. *Id*. at 9-11. Because § 4C1.1 provides for a sentence reduction only for those with no criminal history points, Mr. Delacruz is not entitled to the adjustment.

In addition, Mr. Delacruz was on escape status at the time that he engaged in the criminal

acts at issue (Doc. 42 at 11). Because he had accumulated at least seven criminal history points by that time, the Court added two "status" points to his criminal history points total. Under the recent amendments to the Sentencing Guidelines, he would now receive only one status point. USSG § 4A1.1(e). Though this would lower his criminal history points to 10, this still leaves Mr. Delacruz in criminal history category V because this category includes those with between 10 and 12 criminal history points. Consequently, his guideline range has not changed.

Though Mr. Delacruz asserts that his age at the time of the offense should have been considered at the time he was sentenced, the Court notes he was 38 years old at the time. Though the Court lacks the authority to consider the factors under 18 U.S.C. § 3553(a) under the current motion *United States v. Aruda*, 993 F.3d 797, 799 (9th Cir. 2021), a person who is 38 years old is sufficiently mature to know the wrongfulness and consequences of his conduct. Thus, though the Court is impressed with the efforts Mr. Delacruz reports that he has made while in custody, he is not entitled to a sentencing adjustment based upon the Amendments to the Sentencing Guidelines. Thus, his motion to reduce his sentence (Doc. 53) is **DENIED**.

IT IS SO ORDERED.

Dated:   **April 2, 2024**

_____
UNITED STATES DISTRICT JUDGE